AO 442 (Rev. 11/11) Arrest Warrant

FILED 2025 FEB 11 AM 10: 33
CLERK U.S. DISTRICT COURT
BY _____ DEPUTY

Received JAN 23 2025 USMS W/TX — El Paso

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF TEXAS

United States of America
v.
Ricardo GRANADILLO-Padilla

Case No. EP:25-m-00278-MAT

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ricardo GRANADILLO-Padilla
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

8 U.S.C. 1325 (a) (1): being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers.

The facts are more fully described in the attached affidavit, herein incorporated by reference as Attachment A.

Date: 01/22/2025

*Issuing officer's signature*

City and state: EL PASO, TEXAS

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____ at *(city and state)* _____ , and the person was arrested on *(date)* 02/08/2025

Date: 02/10/2025

*Arresting officer's signature*

Celio A. Almeida
*Printed name and title*