# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | **Case Number:** |
| vs. | § | EP:25-M -00278(1) MAT |
| | § | |
| (1) RICARDO GRANADILLO-PADILLA | § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Bryan Herrera, is hereby appointed to represent the defendant in the above-styled and numbered cause.

Defense Counsel is **ORDERED** to meet and confer with the Defendant prior to the time of the hearing. Failure to do so, in absence of good cause, will result in termination of the appointment of counsel.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this 12th day of March, 2025.

_____
**ROBERT F. CASTANEDA**
**UNITED STATES MAGISTRATE JUDGE**