

**United States Department of Justice**

United States Attorney's Office

Western District of Texas - El Paso Division

---

RICHARD D. WATTS
ASSISTANT UNITED STATES ATTORNEY

*700 E. San Antonio Ave, Suite 200*
*El Paso, Texas 79901*

*Phone: (915) 534-6884*
richard.watts@usdoj.gov

March 13, 2025

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

      **RE:    U.S. v. <u>RICARDO GRANADILLO-PADILLA</u>**
              **COURT NUMBER:  EP-25-MJ-0278-MAT**

Dear Sir or Madam:

      This is to advise you that the undersigned Assistant United States Attorney is currently assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith.  Please change your records to accurately reflect this information.

      Thank you for your attention to this matter.

                    Respectfully submitted,

                    MARGARET F. LEACHMAN
                    ACTING UNITED STATES ATTORNEY

     By:    */s/ Richard D. Watts*_____
                    RICHARD D. WATTS
                    Assistant U.S. Attorney