(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

FILED
03/19/2025
Clerk, U.S. District Court
Western District of Texas

By: _____FM_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CASE NUMBER: EP:25-M -00278(1) - MAT |
| vs. | § USM Number: |
| | § |
| (1) RICARDO GRANADILLO-PADILLA | § |
| Defendant. | |

**JUDGMENT IN A CRIMINAL CASE**
**(For A Petty Offense)** - Short Form

The defendant, Ricardo Granadillo-Padilla, was represented by counsel, Bryan Herrera.

The defendant pled guilty to the complaint on March 19, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8:1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | October 01, 2022 |

As pronounced on March 19, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **6 months with credit for time already served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed this the 19th day of March, 2025.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

# MISDEMEANOR ARRAIGNMENT/PLEA AND SENTENCING
## UNITED STATES MAGISTRATE JUDGE, MIGUEL A. TORRES
## WESTERN DISTRICT OF TEXAS
## EL PASO - DIVISION

DATE : 3/19/2025  AUSA : Richard Watts

CASE # : EP:25-M -00278(1)MAT  CRD : Fidel Morales

TIME : 29 Minutes: 9:52 am - 10:21 am  INTERPRETER: Y - Spanish - B. Espinosa

ELECTRONIC RECORDING

Defendant's Name :  Attorney for Defendant :

#1  Ricardo Granadillo-Padilla   #1  [CJA] Bryan Herrera

| PROCEEDINGS | DFT NO. : | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|
| [X] Misdemeanor arraignment held  Defendant appears with counsel | | [X] | [ ] | [ ] | [ ] |
| [ ] Misdemeanor arraignment continued: | | [ ] | [ ] | [ ] | [ ] |
| [X] Defendant entered plea of GUILTY   COMPLAINT | | [X] | [ ] | [ ] | [ ] |
| [ ] Defendant entered plea of NOT GUILTY | | [ ] | [ ] | [ ] | [ ] |
| [ ] Bench trial set | | [ ] | [ ] | [ ] | [ ] |
| [X] ORAL/Consent to Magistrate jurisdiction | | [X] | [ ] | [ ] | [ ] |
| [X] Court accepts guilty plea | | [X] | [ ] | [ ] | [ ] |
| [X] Sentencing held | | [X] | [ ] | [ ] | [ ] |

(1) term of imprisonment: Six (6) months custody with credit for time already served

(2) term of probation : -0-

(3) fine: $-0-

(4) special assessment : $10.00   REMITTED [X]   NOT REMITTED [ ]

| | | | | | |
|---|---|---|---|---|---|
| [ ] Sentencing set: | | [ ] | [ ] | [ ] | [ ] |
| [X] Judgment and commitment entered | | [X] | [ ] | [ ] | [ ] |
| [ ] Felony complaint dismissed | | [ ] | [ ] | [ ] | [ ] |

OTHER : Oral waiver of detention. Oral motion by the government to remit $10.00 S/A. Oral order granting motion by the court. Government moved to admit exhibit as sealed. The Court admitted as government's exhibit #1.